ACCEPTED
15-25-00023-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 8:53 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 8:53:55 AM
CHRISTOPHER A. PRINE
Clerk



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

May 13, 2025

Mr. Christoper A. Prine                                        *via E-Filing*
Clerk of the Court
Fifteenth Court of Appeals
P. O. Box 12852
Austin, TX 78711

     Re:    Court of Appeals Numbers: 15-25-00023-CV, 15-25-00031-CV, 15-25-00032-CV, 15-25-00039-CV

     Style:  *Nonparty Patients 1–11 v. State*; *In re State of Texas*; *In re State of Texas*; *Nonparty Patients 1–11 v. State.*

Dear Mr. Prine:

I intend to present oral argument on behalf of the State of Texas in all the above captioned appeals. After conferring with opposing counsel, the parties prefer to present consolidated argument in the following manner:

**Argument Part One:** Argument on the State's interlocutory appeal and mandamus from Dallas County, case numbers 15-25-00023-CV and 15-25-00039-CV. The parties plan to use 30 minutes of argument time, divided evenly.

**Argument Part Two:** Argument on the Nonparty Patients' two mandamuses from Collin County, case numbers 15-25-00031-CV and 15-25-00032-CV. The parties plan to use 30 minutes of argument time, divided evenly.

With regard to argument part one, I respectfully request to reserve five minutes of my 15-minute argument time for rebuttal.

Sincerely,

*/s/ Abigail E. Smith*
Abigail E. Smith
Assistant Attorney General
Consumer Protection Division
Phone: (214) 290-8830
Abby.Smith@oag.texas.gov

cc:    William M. Logan, *via e-service*
       Jervonne D. Newsome, *via e-service*
       Evan D. Lewis, *via e-service*
       Thanh D. Nguyen, *via e-service*
       Olivia A. Wogon, *via e-service*
       Jonathan Hung, *via e-service*
       Hollie M. Albin, *via e-service*
       David Phillips, *via e-service*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Abigail Smith
Bar No. 24141756
pauline.sisson@oag.texas.gov
Envelope ID: 100749395
Filing Code Description: Letter
Filing Description: 20250513 States Ltr to Court re_Oral Argument
Status as of 5/13/2025 9:02 AM CST

Associated Case Party: Nonparty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Logan | 24106214 | wlogan@winston.com | 5/13/2025 8:53:55 AM | SENT |
| Evan Lewis | 24116670 | edlewis@winston.com | 5/13/2025 8:53:55 AM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 5/13/2025 8:53:55 AM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 5/13/2025 8:53:55 AM | SENT |
| Olivia Wogon | | owogon@winston.com | 5/13/2025 8:53:55 AM | SENT |
| Jonathan Hung | | JOHung@winston.com | 5/13/2025 8:53:55 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 5/13/2025 8:53:55 AM | SENT |
| David Phillips | | DPhillips@winston.com | 5/13/2025 8:53:55 AM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 5/13/2025 8:53:55 AM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 5/13/2025 8:53:55 AM | SENT |
| Jamie Vargo | | JVargo@winston.com | 5/13/2025 8:53:55 AM | SENT |
| Houston Docket | | ecf_houston@winston.com | 5/13/2025 8:53:55 AM | SENT |
| Hollie Albin | | hmalbin@winston.com | 5/13/2025 8:53:55 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David G. Shatto | | david.shatto@oag.texas.gov | 5/13/2025 8:53:55 AM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 5/13/2025 8:53:55 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Abigail Smith
Bar No. 24141756
pauline.sisson@oag.texas.gov
Envelope ID: 100749395
Filing Code Description: Letter
Filing Description: 20250513 States Ltr to Court re_Oral Argument
Status as of 5/13/2025 9:02 AM CST

Associated Case Party: State of Texas

| Rob Farquharson | | rob.farquharson@oag.texas.gov | 5/13/2025 8:53:55 AM | SENT |
|---|---|---|---|---|
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 5/13/2025 8:53:55 AM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 5/13/2025 8:53:55 AM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 5/13/2025 8:53:55 AM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 5/13/2025 8:53:55 AM | SENT |